

**SO ORDERED.**

**SIGNED this 27 day of September, 2007.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | | |
| MIKE W. BAKER and, | ) | Case No. 05-30695 |
| ROSE M. BAKER, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

<u>AGREED ORDER</u>

Come the debtors and secured creditor JPMorgan Chase Bank as Trustee (secured creditor), through counsel, and announce to the Court they have reached an agreement regarding the secured creditor's Motion for Relief from Automatic Stay. The parties have agreed as follows:

That secured creditor holds a security interest in the debtors' property located at 2664 Randall Road, Strawberry Plains, TN 37871. That prior to filing the instant Motion, the debtor had a monthly payment due and owing to secured creditor in the amount of $255.84 per month, and that the debtors were due for July 1, 2005 and thereafter. That during the pendency of the Motion, the debtor made two payments to secured creditor that were applied to the mortgage indebtedness in the amounts of $3,070.08 and $1,396.98, respectively. That

the remaining outstanding arrearage due, including monthly payments, late charges, and fees and costs associated with the Motion, through September 2007 is $3,473.51.  That the debtors will pay or cause to be paid to secured creditor said amount on or before October 5, 2007.

The parties further agree that debtors shall continue to make their regular monthly payment beginning with October 2007, as provided for in the plan by direct payment to said creditor.  All payments called for herein shall be sent to creditor c/o its servicing agent, which may change from time to time, according to the mailings and payment notices that debtor receives in the mail from or on behalf of creditor.  That if the debtor shall fail to make any future payment when called for, then secured creditor may provide the debtor and debtors' counsel in writing notice of said default.  The parties agree that if the debtors do not cure said default within ten days of the date of the written notice, then secured creditor may certify same to the Court and secured creditor shall be entitled to relief from the automatic stay without further notice or hearing.

The parties further agree that the pending Motion to Modify the Debtors' Chapter 13 Plan shall be and is hereby withdrawn and moot based on the agreement of the parties herein.

It appearing to the Court that the agreement of the parties is appropriate, it is,

SO ORDERED.

# # #

APPROVED FOR ENTRY:

/s/ F. Scott Milligan
F. Scott Milligan, BPR No. 13886
Little & Milligan, P.L.L.C.
900 East Hill Avenue, Suite 130
Knoxville, TN 37915
865-522-3311
Local Counsel for JPMorgan Chase Bank as Trustee

/s/ Gary M. Kirk w/permission
Gary M. Kirk, BPR No. 007133
810 Henley Street
Knoxville, TN 37902
865-524-5320
Attorney for Debtors

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile this 26th day of September, 2007.

| | |
|---|---|
| Patricia C. Foster<br>Office of the U.S. Trustee<br>800 Market Street, Suite 114<br>Knoxville, TN 37902 | Gwendolyn M. Kerney<br>Chapter 13 Trustee<br>PO Box 228<br>Knoxville, TN 37901-0228 |
| | Mike & Rose Baker<br>2664 Randall Road<br>Strawberry Plains, TN 37871 |

                                 /s/ F. Scott Milligan
                                 F. Scott Milligan